Howard T. Fisher & Associates, Inc., Plaintiff-Appellant, v. Lincoln Village Shopping Center, Inc., and Ernest G. Shinner, et al., Defendants-Appellees.

Gen. No. 47,270.

First District, Second Division.

May 13, 1958.

Rehearing denied June 3, 1958.

Released for publication June 4, 1958.

Thomas H. Fisher, and Norman Crawford, for appellant; Suekoff, Frost & Spiegel and Morris Karon (Raymond I. Suekoff, Morris D. Spiegel, and Morris Karon, of counsel) for appellees. Opinion by JUSTICE LEWE. Not to be published in full.